# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00018-CV

**Kristine M. Giliotti, Appellant**

**v.**

**Steven P. Giliotti, Appellee**

**FROM COUNTY COURT AT LAW OF BASTROP COUNTY
NO. 12-15075, HONORABLE BENTON ESKEW, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss this appeal, explaining that the parties have resolved their dispute. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Appellant's Motion

Filed:   April 11, 2014